```
DAVID A. ORTIZ, ATTORNEY #167587
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
```

UNITED STATES BANKRUPTCY COURT

Southern District of California

| In re: | ) | Case No. 10-21576-PB7 |
|---|---|---|
| KARL W. WILSON and<br>RHEA M. WILSON, | )<br>)<br>) | STATEMENT OF POSITION<br>OF UNITED STATES TRUSTEE |
| Debtor(s). | )<br>) | Hearing Date: None |

The United States Trustee responds to the EX PARTE APPLICATION BY TRUSTEE FOR AUTHORITY TO RETAIN GENERAL COUNSEL, Bernard M. Hansen, as follows:

_____    The United States Trustee takes no position.

\_\_xx\_\_    The United States Trustee has no objection.

_____    The United States Trustee objects and requests a hearing.

_____    The United States Trustee objects as set forth below.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: April 20, 2011       By: _/s/ David A. Ortiz_____
David A. Ortiz,
Trial Attorney for the
Acting United States Trustee